

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, Appellant, | § | No. 08-15-00342-CR |
| v. | § | Appeal from the |
| LINDSEY HRADEK, Appellee. | § | 41st District Court |
| | § | of El Paso County, Texas |
| | § | (TC#20130D00417) |
| | § | |

# **O R D E R**

Appellant is represented on appeal by the Honorable Ruben Morales who was elected to serve as the Judge of the County Court at Law No. 7 of El Paso County, Texas. Judge Morales' term began on January 1, 2019. Judge Morales can no longer serve as counsel for Appellant, but the Appellant's brief was also signed by the Honorable Alexandria Serra. On our own motion, we have removed Judge Morales as lead appellate counsel. Ms. Serra is now designated as lead counsel.

IT IS SO ORDERED THIS 14TH DAY OF JANUARY, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.